# Exhibit 2

**UNITED STATES PATENT NO. 7, 831, 452 B2**

| US7831452B2 | On Location Events LLC (The accused Products) |
|---|---|
| [1.p] A method for providing player's ticket options and determining match admissions for player's ticket options using a player's ticketing server, wherein the server consists of a processor and memory, on which a player's ticket application is at least partially implemented, the method comprising | The accused instrumentality On Location LLC website platform describes a method for providing player's ticket options and determining match admissions for player's ticket options using a player's ticketing server, wherein the server consists of a processor and memory, on which a player's ticket application is at least partially implemented.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, On Location LLC sells FIFA World Cup 2026 tickets-hospitality packages through an official online website platform; the site includes account-based purchase flow and checkout. The sales regulations state On Location is the principal in the sale of hospitality packages and that each package includes a ticket component.<br><br>For example, the website using its web server to track the user activities such as ticket booking, team selection, etc. Further, the web server using the intelligent ticketing platform which offers 'Follow My Team' options similar to player's ticket options that reference at least one team/player.<br><br>Additionally, the On Location LLC website provides user account creation and login functionality, including features such as "My Account." This is consistent with a server-based ticketing or commerce platform that stores user credentials, account details, and order-related information. Further, such functionality indicates the use of a server-side system having processing capability to execute the ticketing platform operations and memory to store user-specific and transaction-related data. |



*Source: https://fifaworldcup26.hospitality.fifa.com/ca/en?section=home-bundles*



COOKIES AND OTHER TECHNOLOGIES

We may collect data about your use of the Services through web server logs, cookies, and tracking pixels. Web server logs store website activity, while cookies are small text files placed on your device to: (i) recognize your device, (ii) store preferences, (iii) track visited pages, (iv) enhance user experience, (v) perform analytics, and (vi) assist with security.

On Location website platform using its web server to track the user activities such as ticket booking, team selection, etc.

Source: *https://onlocationexp.com/privacy-policy*



# TICKETING & INTELLIGENCE PLATFORM

Our Ticketing & Intelligence Platform (TIP) provides revenue-generating, actionable insights ensuring the most accurate assessment of a ticket ecosystem, and hyper-dynamic adjustments. TIP integrates internal and external data providing a single view of your entire ticketing ecosystem.

LEARN MORE

Source: *https://onlocationexp.com/tip*

Website Registration and Log In

You may be required to register and create an account on the Website in order to access certain features or areas of the Website.

You agree to provide true, accurate, current and complete information about yourself as prompted by the applicable registration or log-in form, and you are responsible for keeping such information up-to-date (this includes your contact information, so that we can reliably contact you). The information you submit must describe you (you may not impersonate another person or entity), and you may not sell, share or otherwise transfer your account information.

You are responsible for all activity occurring when this Website is accessed through your account, whether authorized by you or not. Therefore, if you create an account, be sure to protect the confidentiality of your account password. We are not liable for any loss or damage arising from your failure to protect your password or account information.

| | |
|---|---|
| | THE WEBSITE OR THE INFORMATION TRANSMITTED TO OR FROM IT OR STORED ON IT WILL BE SECURE FROM UNAUTHORIZED ACCESS, INFORMATION AND MATERIALS THAT YOU STORE IN YOUR ACCOUNT OR ON THIS WEBSITE WILL REMAIN RETRIEVABLE AND UNCORRUPTED (UNLESS WE PROMISE THIS IN A SEPARATE AGREEMENT WITH YOU), OR<br><br>*Source:* [https://onlocationexp.com/tou](https://onlocationexp.com/tou)<br><br>*Excerpt above, the On Location LLC website provides user account creation and login functionality, including features such as "My Account." This is consistent with a server-based ticketing or commerce platform that stores user credentials, account details, and order-related information. Further, such functionality indicates the use of a server-side system having processing capability to execute the ticketing platform operations and memory to store user-specific and transaction-related data.* |
| [1.1] providing, via the player's ticketing server, player's ticket options that: (a) reference at least one player, (b) allow player's ticket option holders to exercise the player's ticket options, and (c) allow the player's ticket option holders admission to a match in which the at least one player is playing after exercising the | The accused instrumentality On Location LLC website platform providing, via the player's ticketing server, player's ticket options that: (a) reference at least one player, (b) allow player's ticket option holders to exercise the player's ticket options, and (c) allow the player's ticket option holders admission to a match in which the at least one player is playing after exercising the player's ticket option;<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents<br><br>For example, the On Location LLC website provides via the ticketing server an option to the fans "Follow My Team", which states that the offering is designed so fans can follow a selected team through its early-stage matches. The package page describes it as: "Crafted for the most dedicated fans, this offering ensures that you follow your favourite team's early-round matches across cities and venues." The launch announcement similarly states: "Fans can see their team in action at every early-stage match, regardless of location." |

| | |
|---|---|
| player's ticket option; |

Source: *https://onlocationexp.com/tou*

Source: *https://fifaworldcup26.hospitality.fifa.com/ca/en?section=home-bundles* |



# FOLLOW MY TEAM

Crafted for the most dedicated fans, this offering ensures that you follow your favorite team's early-round matches across cities and venues, experiencing every historic moment firsthand.

**Please note:** Additional inventory for team-specific matches will be released at a later date. Check back for more information.

Choose Country

Algeria (ALG)

*Source: https://fifaworldcup26.hospitality.fifa.com/us/en/choose-bundle*

| | |
|---|---|
| [1.2] acquiring, using the player's ticketing server, information about a tournament, including information selected from the group consisting of players, a tournament draw, and historical data; | The accused instrumentality On Location LLC website platform acquiring, using the player's ticketing server, information about a tournament, including information selected from the group consisting of players, a tournament draw, and historical data;<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents<br><br>For example, the On Location LLC website platform operates an intelligent ticketing system through its web-based server infrastructure to facilitate the sale and management of hospitality ticket packages. In doing so, the platform acquires and processes tournament-related information, such as participating teams, match schedule and draw details, and other event-related data, to administer the ticketing offerings and support the overall ticket-booking experience. If needed, such tournament information may also include historical or previously |

stored event data used by the platform in managing its hospitality packages.



On Location website platform using its web server to track the user related data, browsing history, team participation details, etc.

*Source: https://onlocationexp.com/privacy-policy*

# VENUE RESCALING + PRICING

We combine primary and secondary data to maximize revenue — pre-sale to post-event.

① *Evaluate* the ticketing assets

② *Optimize* the venue price level segmentation

③ *Provide* event value tiering

④ *Determine* inventory strategy

⑤ *Projected* pricing for season and single event tickets

<table>
<tr><td></td><td>



**TICKETING & INTELLIGENCE PLATFORM**

Our Ticketing & Intelligence Platform (TIP) provides revenue-generating, actionable insights ensuring the most accurate assessment of a ticket ecosystem, and hyper-dynamic adjustments. TIP integrates internal and external data providing a single view of your entire ticketing ecosystem.

LEARN MORE

*Source: https://afcchampion.uat.oledev.com/tip*

*Excerpt above describes that On Location website platform using an intelligent ticketing platform collects internal or external data (including tournament information, participating teams, historical data, etc.) to enhance the entire ticketing ecosystem.*

</td></tr>
<tr><td>

[1.3] determining, using the player's ticketing server, for at least one match of the tournament probabilities of players winning based on the tournament information;

</td><td>

The accused instrumentality On Location LLC website platform determining, using the player's ticketing server, for at least one match of the tournament probabilities of players winning based on the tournament information;

This element is met literally, or in the alternative, under the doctrine of equivalents

For example, On Location announced that it extended its partnership with Kraft Analytics Group (KAGR) to drive growth through data-driven consumer and market insights. In that announcement, On Location says its work with KAGR uses data insights to refine hospitality offerings and personalized experiences, and the announcement further states that On Location pairs market insights with proprietary analytics models to support media modelling and forecasting and to build hospitality packages.

</td></tr>
</table>



COOKIES AND OTHER TECHNOLOGIES

We may collect data about your use of the Services through web server logs, cookies, and tracking pixels. Web server logs store website activity, while cookies are small text files placed on your device to: (i) recognize your device, (ii) store preferences, (iii) track visited pages, (iv) enhance user experience, (v) perform analytics, and (vi) assist with security.

On Location website platform using its web server to track the user activities such as ticket booking, team selection, etc.

*Source: https://onlocationexp.com/privacy-policy*

Paul Caine, President, On Location, commented: "Everything we do with KAGR starts with data and our renewed partnership underscores the importance of data-driven insights in delivering best-in-class hospitality programs. KAGR's expertise is invaluable in helping us refine our hospitality offerings for iconic global events and create a range of unforgettable, personalized experiences to suit every type of fan and guest from anywhere in the world."

*Source: https://onlocationexp.com/news/kraft-analytics-group-and-on-location-partnership*

| | INFORMATION WE COLLECT AND HOW WE USE IT | | | | |
|---|---|---|---|---|---|
| | Categories of personal information collected | Categories of sources from which personal information is collected | Business or commercial purposes for collection, use, and sharing | Categories of third parties with whom some or all of the personal may be shared | We use this information because (Legal Basis) |
| | Inferences drawn from the above information about your predicted characteristics and preferences | TKO<br><br>Third party data providers (including lead generation companies)<br><br>Marketing sponsors | To Provide and improve the Services<br><br>Personalization of the Services<br><br>Direct marketing<br><br>Targeted advertising | TKO<br><br>Ad networks<br><br>Marketing sponsors<br><br>Technology service providers<br><br>Analytics companies<br><br>Third party data providers (including lead generation companies)<br><br>Sports and Entertainment Properties | We have a legitimate interest to understand how customers use our products and services, ensure personalization of offers, and research and analyze customer behavior |

Source: *https://onlocationexp.com/privacy-policy*

*On Location's privacy policy also states that it draws inferences about users predicted characteristics (related to determining probabilities of players winning a tournament match) and preferences to provide and improve services and personalize offerings.*

| [1.4] determining, using the player's ticketing server, at least one possible allocation of match admissions for player's ticket options for the at | The accused instrumentality On Location LLC website platform determining, using the player's ticketing server, at least one possible allocation of match admissions for player's ticket options for the at least one match based on the player's ticket options provided and the tournament draw; and<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents |
|---|---|

| least one match based on the player's ticket options provided and the tournament draw; and | As mentioned below, On Location's server-based hospitality platform determines the downstream allocation of match admissions for the Follow My Team offering based on the selected team package and the later-resolved tournament draw. In particular, On Location explains that the Final Draw determines the tournament groups, initial group-stage matchups, and later-confirmed match details such as location and dates.These disclosures support that the platform must determine at least one possible allocation of match admissions for the purchased Follow My Team option based on the selected option and the tournament draw, rather than merely issuing a fully fixed ticket at the time of purchase. |
|---|---|

On Location website platform using its web server to track the user activities such as ticket booking, team selection, etc.

**Website Registration and Log In**

You may be required to register and create an account on the Website in order to access certain features or areas of the Website.

You agree to provide true, accurate, current and complete information about yourself as prompted by the applicable registration or log-in form, and you are responsible for keeping such information up-to-date (this includes your contact information, so that we can reliably contact you). The information you submit must describe you (you may not impersonate another person or entity), and you may not sell, share or otherwise transfer your account information.

You are responsible for all activity occurring when this Website is accessed through your account, whether authorized by you or not. Therefore, if you create an account, be sure to protect the confidentiality of your account password. We are not liable for any loss or damage arising from your failure to protect your password or account information.

*Source: https://onlocationexp.com/tou*



Herein, On Location LLC website platform describes multiple ticket options determining match admissions for player's ticket options

Herein, the ticket server offering 'Follow My Team' options similar to player's ticket options that reference at least one team

Source: *https://fifaworldcup26.hospitality.fifa.com/ca/en?section=home-bundles*

| | |
|---|---|
| | What happens if the country I selected for the Follow My Team series does not qualify? Are there any premiums associated with Follow My Team? Will I need to pay taxes on the Follow My Team package based on which country the matches are played in? |
| | If a customer purchased an FMT package prior to December 5 for a team that has not yet qualified (e.g., Italy, Turkey), and that team ultimately fails to qualify, the customer can either apply their already paid funds toward a different hospitality package or receive a full refund. If a team is eliminated from qualification, our servicing team will be notified and will communicate with On Location sales representatives and officially appointed sales agents accordingly. Any Follow My Team matches purchased on or after December 5, are non-refundable if the selected team does not qualify. |
| | If a purchased Follow My Team series includes the opening match of any of the three host countries (Canada, Mexico, or the U.S.), an additional premium will be charged. If the team plays in Mexico or Canada, local tax will be applied and reflected on the invoice based on the match location. |
| | Further details regarding the Follow My Team Series can be found in the Hospitality Sales Regulations. |
| | *Source: https://fifaworldcup26.hospitality.fifa.com/faq* |
| [1.5] allocating, using the player's ticketing server, match admissions for player's ticket options for the at least one match based on the at least one possible allocation of match admissions, on the probabilities of players winning the at least one match, and on the | The accused instrumentality On Location LLC website platform allocating, using the player's ticketing server, match admissions for player's ticket options for the at least one match based on the at least one possible allocation of match admissions, on the probabilities of players winning the at least one match, and on the probability of player's ticket option holders exercising the player's ticket options.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents<br><br>On Location's server-based hospitality platform allocates and administers match-admission rights dynamically rather than through a purely fixed ticket sale. In particular, On Location's sales regulations state that an Order Confirmation reflects only availability of requested hospitality packages and does not guarantee receipt of the requested packages. These disclosures support a draw- and progression-dependent admissions allocation framework. Further, KAGR materials show predictive analytics capability for forecasting how many ticket-holders will actually show up, and On Location's regulations refer to systems relevant to the purchase, redemption, or use |

| | |
|---|---|
| probability of player's option exercising player's options. ticket holders the ticket | of hospitality packages and tickets, which supports an inference that the platform can account for downstream holder use behaviour. |

**When will the tournament groups and matches be confirmed?**

The Final Draw determining the tournament groups and Group-Stage matchups will take place on December 5, 2025. Forty-two teams will be known at the time of the Final Draw; the remaining six qualifying teams will be determined via two playoff tournaments at the end of March 2026. For further information on the Final Draw, see here.

Complete match details including location, dates, and time for each match will be confirmed upon FIFA's release of the official FIFA World Cup 2026™ tournament schedule.

**What happens if the country I selected for the Follow My Team series does not qualify? Are there any premiums associated with Follow My Team? Will I need to pay taxes on the Follow My Team package based on which country the matches are played in?**

If a customer purchased an FMT package prior to December 5 for a team that has not yet qualified (e.g., Italy, Turkey), and that team ultimately fails to qualify, the customer can either apply their already paid funds toward a different hospitality package or receive a full refund. If a team is eliminated from qualification, our servicing team will be notified and will communicate with On Location sales representatives and officially appointed sales agents accordingly. Any Follow My Team matches purchased on or after December 5, are non-refundable if the selected team does not qualify.

If a purchased Follow My Team series includes the opening match of any of the three host countries (Canada, Mexico, or the U.S.), an additional premium will be charged. If the team plays in Mexico or Canada, local tax will be applied and reflected on the invoice based on the match location.

Further details regarding the Follow My Team Series can be found in the Hospitality Sales Regulations.

*Source: https://fifaworldcup26.hospitality.fifa.com/faq*



*Source: https://fifaworldcup26.hospitality.fifa.com/ca/en?section=home-bundles*

Paul Caine, President, On Location, commented: "Everything we do with KAGR starts with data and our renewed partnership underscores the importance of data-driven insights in delivering best-in-class hospitality programs. KAGR's expertise is invaluable in helping us refine our hospitality offerings for iconic global events and create a range of unforgettable, personalized experiences to suit every type of fan and guest from anywhere in the world."

*Source: https://onlocationexp.com/news/kraft-analytics-group-and-on-location-partnership*

INFORMATION WE COLLECT AND HOW WE USE IT

| Categories of personal information collected | Categories of sources from which personal information is collected | Business or commercial purposes for collection, use, and sharing | Categories of third parties with whom some or all of the personal may be shared | We use this information because (Legal Basis) |
|---|---|---|---|---|
| Inferences drawn from the above information about your predicted characteristics and preferences | TKO<br><br>Third party data providers (including lead generation companies)<br><br>Marketing sponsors | To Provide and improve the Services<br><br>Personalization of the Services<br><br>Direct marketing<br><br>Targeted advertising | TKO<br><br>Ad networks<br><br>Marketing sponsors<br><br>Technology service providers<br><br>Analytics companies<br><br>Third party data providers (including lead generation companies)<br><br>Sports and Entertainment Properties | We have a legitimate interest to understand how customers use our products and services, ensure personalization of offers, and research and analyze customer behavior |

Source: *https://onlocationexp.com/privacy-policy*

*On Location's privacy policy also states that it draws inferences about users predicted characteristics (related to determining probabilities of players winning a tournament match) and preferences to provide and improve services and personalize offerings.*